# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 8:16CR115 |
| MARCOS DE LA TORRE, | ) ORDER |
| Defendant. | ) |

    This matter is before the court on the Motion for Conflict Hearing (Filing No. 49) filed by the Government.  The Government requests that the court hold a hearing to examine a potential conflict of interest arising out of defense counsel's representation of defendant Marcos De La Torre ("De La Torre") in this case.  De La Torre's defense counsel previously represented De La Torre's co-defendant and father, Marcos De La Torre Casas ("Casas"), in a substantially related case.

    In response, defense counsel states he has consulted with the Nebraska Counsel for Discipline regarding his representation in this matter; received express permission from Casas to discuss confidential information from his case with De La Torre; and obtained informed consent from both Casas and De La Torre.  (Filing No. 54).  For good cause shown, the court finds the Government's request for a conflict hearing should be denied.  Accordingly,

    **IT IS ORDERED:**  The Government's Motion for Conflict Hearing (Filing No. 49) is denied.

    DATED:  September 22, 2016.

                                                 BY THE COURT:

                                                 s/ F.A. Gossett
                                                 **United States Magistrate Judge**