IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARCOS DE LA TORRE,<br><br>Defendant. | 8:16CR115<br><br>ORDER FOR DISCLOSURE |

This matter having come before this Court on Plaintiff's Motion for Disclosure of Grand Jury Materials (Filing No. ).

IT IS ORDERED:

1. The government shall disclose a copy of transcripts of the testimony of Deputy Jason Stehlik given before the Grand Jury concerning the above-listed defendant to the defense attorney.

2. That defense counsel is hereby prohibited from releasing information contained in the Grand Jury testimony aforementioned to anyone except the above-listed defendants.

DATED this 26th day of October, 2016.

BY THE COURT:

LAURIE SMITH CAMP
CHIEF UNITED DISTRICT STATES JUDGE