# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MARCOS DE LA TORRE, <br><br> Defendant. | 8:16CR115 <br><br> ORDER |

IT IS ORDERED:

1. The Defendant may reply to the Government's Response to Defendant's Motion Under 28 U.S.C. § 2255, ECF No. 130, and Index of Evidence, ECF No. 131, on or before November 22, 2019;

2. If the Defendant requests an evidentiary hearing, he shall list each genuine issue of material fact to be determined at such hearing; and

3. The Clerk is directed to mail a copy of this Order to the Defendant at his last known address.

Dated this 25th day of October 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge