# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MARCOS DE LA TORRE,<br><br>        Defendant. | 8:16CR115<br><br>JUDGMENT |

In accordance with the Memorandum and Order of this date,

IT IS ORDERED:

    1.    For the reasons set out in the accompanying Memorandum and Order and in the Court's Memorandum and Order of September 5, 2019, ECF No. 129, the Defendant's correspondence construed as a Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 motion"), ECF No. 128, is denied;

    2.    No certificate of appealability will be issued; and

    3.    The Clerk is directed to mail a copy of this Memorandum and Order to the Defendant at his last known address.

    Dated this 2nd day of December 2019.

                                                   BY THE COURT:

                                                   s/Laurie Smith Camp<br>
                                               Senior United States District Judge