# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MARCOS DE LA TORRE,<br><br>        Defendant. | 8:16CR115<br><br>AMENDED<br><br>JUDGMENT |

In accordance with the Amended Memorandum and Order of this date,

IT IS ORDERED:

    1.    For the reasons set out in the accompanying Amended Memorandum and Order and in the Court's Memorandum and Order of September 5, 2019, ECF No. 129, the Defendant's correspondence construed as a Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 motion"), ECF No. 128, is denied;

    2.    Defendant's request for an evidentiary hearing is denied;

    3.    No certificate of appealability will be issued; and

    4.    The Clerk is directed to mail a copy of this Amended Judgment to the Defendant at his last known address.

    Dated this 2nd day of December 2019.

                                                      BY THE COURT:
                                                     s/Laurie Smith Camp
                                                     Senior United States District Judge