IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | 8:16-CR-115 |
| vs. | |
| MARCOS DE LA TORRE | MEMORANDUM AND ORDER |
| Defendant. | |

This matter is before the Court on Defendant's Motion for Return of Property (Filing 140). Defendant seeks the return of $4,214 of United States currency, seized and held by the Omaha Police Department, to himself at his Bureau of Prison's commissary account. Filing 140 at 1.

The United States has responded and indicates that the Omaha Police Department is prepared to release Defendant's currency. Filing 142 at 1. In order to retrieve the currency, Defendant must pick it up within thirty days from the Omaha Police Department Central Station located at the Omaha Police Department Central Station, 505 S. 15th Street, Omaha, Nebraska. Filing 142 at 1. If Defendant is unable to personally retrieve the currency, he must provide the Omaha Police Department with a notarized letter authorizing a third party to retrieve the currency. Filing 142 at 1. That third party must produce photo identification in order to retrieve the property from the Omaha Police Department Central Station. Filing 142 at 1.

Accordingly, Defendant's Motion for Return of Property (Filing 140) is granted to the extent he seeks release of the $4,214 held by the Omaha Police Department but denied to the extent he seeks a Court order directing the Omaha Police Department to deposit the funds in his commissary account. Therefore,

IT IS ORDERED:

1. Defendant's Motion for Return of Property (Filing 140) is granted to the extent that he complies with the Omaha Police Department's specified procedures for retrieving the $4,214; and

2. Defendant's Motion is otherwise denied.

Dated this 2nd day of November, 2020.

                                      BY THE COURT:

                                      Brian C. Buescher
                                      United States District Judge